## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| The Estate of Marie Beneziano, by and through her Executrices, Diane Quade and Susan Provence,<br><br>Plaintiffs<br><br>v.<br><br>Sunrise of Lincroft; Prime Care One, LLC; PCI, LLC; Prime Care Corp., Sunrise Senior Living, Inc.; Sunrise Senior Living Management, Inc.; ABC Companies (1-10); DEF Partnerships (1-10); John Doe Physicians (1-10); Jane Doe Nurses (1-20); Jane Moe Technicians (1-10); and CNA's and Paramedical Employees (1-20),<br><br>Defendants. | CIVIL ACTION NO.:<br><br>11-4087(MLC)<br><br><br><br><br><br><br><br>Document Electronically Filed |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the following defendant(s) Sunrise of Lincroft, Sunrise Senior Living, Inc., Prime Care One, LLC, PCI, LLC and Prime Care Corp., pursuant to the Federal Rules of Civil Procedure 41(a)(1)

**AGREED TO:**

_____
David R. Cohen, Esquire
Stark & Stark, P.C.
Attorney for Plaintiff

_____
Kevin C. Cottone, Esquire
White and Williams LLP
Attorney for Defendants

8271689v.1